1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

              Plaintiff,

    v.

DANIEL H. SMITH, et al.,

              Defendants.

Case No.  21-cv-05646-TSH

**ORDER TO SHOW CAUSE**

In this case, Plaintiff Scott Johnson alleges Defendants Daniel and Wilma Smith have violated the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12101, et seq., and California's Unruh Civil Rights Act, Cal. Civ. Code §§ 51-53, because they failed to provide wheelchair accessible parking at their business.  However, on August 31 Johnson filed a Notice of Indication of Mootness of ADA Claim for Injunctive Relief, stating that Defendants have provided sufficient evidence that "the subject business has undergone full remediation to all barriers listed in Plaintiff's Complaint.  This suggests Plaintiff's claim for injunctive relief moot."  ECF No. 35.

"Once a defendant has remedied all ADA violations complained of by a plaintiff, the plaintiff's claims become moot and he or she loses standing."  *Whitaker v. Chanel, Inc.*, 2022 WL 1122645, at *5 (N.D. Cal. Apr. 14, 2022) (quoting *Johnson v. Case Ventures, LLC*, 2020 WL 4747908, at *2 (N.D. Cal. Aug. 17, 2020)); *see also Johnson v. 1082 El Camino Real, LP*, 2018 WL 1091267, at *2 (N.D. Cal. Feb. 28, 2018) (finding an ADA claim moot where "the undisputed evidence show[ed] that Defendants ha[d] corrected the sole alleged access barrier alleged in the complaint").  In that situation, the Court no longer has subject matter jurisdiction over the ADA claim.  *Chanel*, 2022 WL 1122645, at *5.  Accordingly, the Court **ORDERS** Johnson to show cause why his ADA claim should not be dismissed for lack of subject matter jurisdiction.

Further, as a state law claim, Johnson's Unruh Act claim is before the Court only pursuant to its supplemental jurisdiction.  *See Arroyo v. Rosas*, 19 F.4th 1202, 1209-10 (9th Cir. 2021); 28 U.S.C. § 1367(a).  Accordingly, the Court **FURTHER ORDERS** Johnson to show cause why the Court should not decline to exercise supplemental jurisdiction over his Unruh Act claim.

Johnson shall file a response to this order by September 14, 2022.

**IT IS SO ORDERED.**

Dated: August 31, 2022

THOMAS S. HIXSON
United States Magistrate Judge

2